# United States Bankruptcy Court
# Middle District of Pennsylvania

In re:

    Louis Cavicchio IV,
    Lesa Cavicchio,

        Debtors.

Case No. 1:22-bk-02186-HWV

Chapter 13

## Certificate of Service

I certify that on this date I served a true and correct copy of the Debtors' Third Amended Chapter 13 Plan and notice of confirmation hearing on the following parties by first class mail or through the CM/ECF system:

BSI Financial Services as servicer for HMC A
Friedman Vartolo LLP
1325 Franklin Avenue, Suite 160
Garden City, NY 11530-1631

Capital One Auto Finance, a division of Capi
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Commonwealth of Pennsylvania
Department of R
Bureau of Compliance
Dept. 280946
Harrisburg, PA 17128-0946

CREDIT ACCEPTANCE CORPORATION
25505 WEST 12 MILE ROAD
SOUTHFIELD MI 48034-8316

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

U.S. Bankruptcy Court
Sylvia H. Rambo US Courthouse
1501 N. 6th Street
Harrisburg, PA 17102-1104

Adams County Tax Bureau
117 Baltimore Street Rm 202
Gettysburg, PA 17325-2313

Caine & Weiner
Attn: Bankruptcy
5805 Sepulveda Blvd
Sherman Oaks, CA 91411-2546

Capital One Auto Finance
Attn: Bankruptcy
7933 Preston Rd
Plano, TX 75024-2302

Capital One Auto Finance
P.O. Box 4360
Houston, TX 77210-4360

Capital One Auto Finance, a division of
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Capital One Auto Finance, a division of Capi
P.O. Box 4360
Houston, TX 77210-4360

Conewago Valley School District
130 Berlin Rd
New Oxford, PA 17350-1298

Credit Acceptance
Attn: Bankruptcy
25505 West 12 Mile Road Ste 3000
Southfield, MI 48034-8331

Directv, LLC
by American InfoSource as agent
PO Box 5072
Carol Stream, IL 60197-5072

First Premier Bank
Attn: Bankruptcy
PO Box 5524
Sioux Falls, SD 57117-5524

HMC Assets
c/o Friedman Vartollo LLP
1325 Franklin Ave Ste 160
Garden City, NY 11530-1631

HMC Assets LLC Solely in its capacity
as separate trustee of CAM XI Trust
c/o BSI Financial Services
1425 Greenway Dr. Suite 400
Irving, TX 75038-2480

HMC Assets, LLC, et al.
c/o BSI Financial Services
Friedman Vartolo LLP
1325 Franklin Avenue, Ste. 160
Garden City, NY 11530-1631

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Midland Funding, LLC
Attn: Bankruptcy
PO Box 939069
San Diego, CA 92193-9069

New Oxford Municipal Authority
409 Water Works Road
New Oxford, PA 17350-1511

Oxford Township
780 Hanover St.
New Oxford, PA 17350-8433

Oxford Township Tax Collector
Lisa M. Kaiser
526 Kohler Mill Rd
New Oxford, PA 17350-9210

PARAMOUNT RECOVERY SYSTEMS
ATTN SUSAN SANCHEZ
7524 BOSQUE BLVD SUITE L
WACO TX 76712-3772

Pennsylvania Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001

| | | |
|---|---|---|
| Pennsylvania Office of General Counsel<br>333 Market St Fl 17<br>Harrisburg, PA 17101-2210<br><br>PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067<br><br>SWC Group<br>4120 International Parkway #100<br>Carrollton, TX 75007-1957 | Santander Consumer USA<br>P.O. Box 560284<br>Dallas, TX 75356-0284<br><br>Target Nb<br>PO Box 9475<br>Minneapolis, MN 55440-9475<br><br>U.S. Attorney, Middle District of Pa.<br>235 N Washington Ave Ste 311<br>Scranton, PA 18503-1533<br><br>U.S. Department of Justice<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0009 | U.S. Department of the Treasury<br>Attn: Bankruptcy<br>1500 Pennsylvania Avenue, NW<br>Washington, DC 20220-0002<br><br>United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722<br><br>JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 |

Date: December 10, 2023

/s/ Michael I. Assad
Michael I. Assad (#330937)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  Case No. [Case No.]

[Debtor Name Long], Chapter [Chapter No.]

Debtor.