IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : |
| SUBSTITUTION OF APPEARANCE BY | : |
| JENNA ANNE RATICA, ESQUIRE | : |
| IN VARIOUS OPEN CASES AND | : |
| ENTRY OF APPEARANCE OF | : |
| KELLY M. APPLEYARD, ESQUIRE IN | : |
| VARIOUS OPEN CASES | : |
| | : |

## **PRAECIPE TO SUBSTITUTE APPEARANCE**

Kindly withdraw the appearance of Jenna Anne Ratica, Esquire, and substitute the appearance of Kelly M. Appleyard, Esquire, in the cases listed in Exhibit A hereto.

DATE: January 3, 2024

Respectfully submitted,

MICHELLE A. HENRY
ATTORNEY GENERAL

COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL
15th Floor, Strawberry Square
Harrisburg, PA 17120
Tel: (717) 772-1924
Cell: (717) 497-8758
E-mail: kappleyard@attorneygeneral.gov

BY: */s/ Kelly M. Appleyard*
KELLY M. APPLEYARD
Deputy Attorney General
PA Attorney No. 320919

BY: */s/ Jenna A. Ratica*
JENNA A. RATICA
Deputy Attorney General
PA Attorney No. 326424