| Case Number | Date Filed | Party Name |
|---|---|---|
| 1:19-bk-00511-HWV | 2/6/2019 | Bureau of Compliance Commonwealth of Pennsylvania, Department of Revenue |
| 1:19-bk-03134-HWV | 7/23/2019 | Commonwealth of Pennsylvania Department of Revenue |
| 1:19-bk-04306-HWV | 10/4/2019 | Commonwealth of Pennsylvania Department of Revenue |
| 1:19-bk-04839-HWV | 11/12/2019 | Commonwealth of Pennsylvania Department of Revenue |
| 1:19-bk-05188-HWV | 12/5/2019 | Bureau of Compliance Commonwealth of Pennsylvania, Department of Revenue |
| 1:20-bk-00015-HWV | 1/3/2020 | Bureau of Compliance Commonwealth of Pennsylvania, Department of Revenue |
| 1:20-bk-00258-HWV | 1/24/2020 | Bureau of Compliance Commonwealth of Pennsylvania, Department of Revenue |
| 1:21-bk-01819-HWV | 8/18/2021 | Bureau of Compliance Commonwealth of Pennsylvania, Department of Revenue |
| 1:22-bk-01043-HWV | 6/3/2022 | Commonwealth of PA |
| 1:22-bk-01941-HWV | 10/7/2022 | Commonwealth of Pennsylvania Department of Revenue |
| 1:22-bk-02186-HWV | 11/11/2022 | Commonwealth of Pennsylvania Department of Revenue |