IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 Bankruptcy |
| LOUIS CAVICCHIO, IV and<br>LESA CAVICCHIO, | : | No. 1:22-bk-02186-HWV |
| Debtors | : | Electronically Filed Document |
| PENNSYLVANIA DEPARTMENT<br>OF REVENUE, | : | |
| Movant | : | |
| | : | Related to Document # 79 |
| LOUIS CAVICCHIO, IV and<br>LESA CAVICCHIO, | : | |
| Respondents | : | |

## **ORDER**

Upon consideration of the Commonwealth of Pennsylvania, Pennsylvania Department of Revenue's Objection to Debtor's Third Amended Chapter 13 Plan Filed December 10, 2023 and the Debtor's Response thereto, if any, and after notice and opportunity for hearing, it is hereby,

ORDERED that the Objection of the Commonwealth of Pennsylvania, Pennsylvania Department of Revenue to Confirmation of the Chapter 13 Plan is SUSTAINED.