IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 Bankruptcy |
| | : | |
| LOUIS CAVICCHIO, IV and | : | No. 1:22-bk-02186-HWV |
| LESA CAVICCHIO, | : | |
|     Debtors | : | Electronically Filed Document |
| | : | |
| PENNSYLVANIA DEPARTMENT | : | |
| OF REVENUE, | : | |
|     Movant | : | |
| | : | Related to Document # 79 |
| LOUIS CAVICCHIO, IV and | : | |
| LESA CAVICCHIO, | : | |
|     Respondents | : | |

## CERTIFICATE OF SERVICE

I, Kelly M. Appleyard, Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on this date, pursuant to F.R.B.P. 3015(f), a true and correct copy of the foregoing Objection of the Commonwealth of Pennsylvania, Department of Revenue to Confirmation of the Debtor's Third Amended Chapter 13 Plan Filed December 10, 2023 was served electronically on the following:

| | |
|---|---|
| Michael I. Assad<br>Cibik Law, P.C.<br>1500 Walnut Street, Suite 900<br>Philadelphia, PA 19102 | Jack N. Zaharopoulos<br>Standing Chapter 13 Trustee<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 |
| Michael A. Cibik<br>Cibik Law, P.C.<br>1500 Walnut Street, Suite 900<br>Philadelphia, PA 19102 | Asst. U.S. Trustee<br>United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 |

Date: January 17, 2024

    *s/ Kelly M. Appleyard*
    Kelly M. Appleyard
    Deputy Attorney General