UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  LOUIS CAVICCHIO, IV and          : CHAPTER 13
        LESA CAVICCHIO                    :
            Debtors                       :
                                          :
        JACK N. ZAHAROPOULOS              :
        STANDING CHAPTER 13 TRUSTEE       :
            Movant                        :
                                          :
            vs.                           :
                                          :
        LOUIS CAVICCHIO, IV and           :
        LESA CAVICCHIO, IV                :
            Respondents                   : CASE NO.  1-22-bk-02186


**TRUSTEE'S OBJECTION TO FOURTH AMENDED CHAPTER 13 PLAN**

AND NOW, this  29th  day of January, 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtors' plan for the following reason(s):

1.  Debtor(s)' plan violates 11 U.S.C. § 1322(a)(2) in that the debtor(s) has not provided for full payment, in deferred cash payments, of all claims entitled to priority under 11 U.S.C. § 507.   Taxes owed on unfiled 2017 Federal and 2017 PA taxes are not provided for.

WHEREFORE, Trustee alleges and avers that debtors' plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

   a.  Deny confirmation of debtor(s) plan.
   b.  Dismiss or convert debtor(s) case.
   c.  Provide such other relief as is equitable and just.

Respectfully submitted:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY:        /s/Douglas R. Roeder
           Attorney for Trustee

<u>CERTIFICATE OF SERVICE</u>

    AND NOW, this  29th  day of January, 2024, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Michael Assad, Esquire
1500 Walnut Street, Suite 900
Philadelphia, PA   19102

          /s/Deborah A. DePalma_____
          Office of Jack N. Zaharopoulos
          Standing Chapter 13 Trustee