United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-02186-HWV |
| Louis Cavicchio, IV | Chapter 13 |
| Lesa Cavicchio | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Apr 01, 2026 | Form ID: ordsmiss | Total Noticed: 38 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Louis Cavicchio, IV, 430 Onyx Road, New Oxford, PA 17350-8459 |
| jdb | #+ | Lesa Cavicchio, 430 Onyx Road, New Oxford, PA 17350-8459 |
| cr | + | BSI Financial Services as servicer for HMC Assets,, Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 5505849 | + | Adams County Tax Bureau, 117 Baltimore Street Rm 202, Gettysburg, PA 17325-2313 |
| 5505853 | + | Conewago Valley School District, 130 Berlin Rd, New Oxford, PA 17350-1298 |
| 5511939 | + | HMC Assets, LLC, et al., c/o BSI Financial Services, Friedman Vartolo LLP, 1325 Franklin Avenue, Ste. 160, Garden City, NY 11530-1631 |
| 5505862 | + | New Oxford Municipal Authority, 409 Water Works Road, New Oxford, PA 17350-1511 |
| 5505863 | + | Oxford Township, 780 Hanover St., New Oxford, PA 17350-8433 |
| 5505864 | + | Oxford Township Tax Collector, Lisa M. Kaiser, 526 Kohler Mill Rd, New Oxford, PA 17350-9210 |
| 5505866 | + | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 5505874 | | U.S. Attorney, Middle District of Pa., 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |
| 5505876 | + | U.S. Department of the Treasury, Attn: Bankruptcy, 1500 Pennsylvania Avenue, NW, Washington, DC 20220-0002 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Apr 01 2026 22:44:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | EDI: PENNDEPTREV | Apr 01 2026 22:44:00 | Commonwealth of Pennsylvania Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| 5521139 | | Email/Text: ebnnotifications@creditacceptance.com | Apr 01 2026 18:39:00 | Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |
| 5505850 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Apr 01 2026 18:39:18 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 5505851 | + | EDI: CAPONEAUTO.COM | Apr 01 2026 22:44:00 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 5505852 | + | EDI: AISACG.COM | Apr 01 2026 22:44:00 | Capital One Auto Finance, P.O. Box 4360, Houston, TX 77210-4360 |
| 5506821 | + | EDI: AISACG.COM | Apr 01 2026 22:44:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5510524 | + | EDI: AISACG.COM | Apr 01 2026 22:44:00 | Capital One Auto Finance, a division of Capital |

| Recip ID | | Notice | Date | Name and Address |
|---|---|---|---|---|
| | | | | On, P.O. Box 4360, Houston, TX 77210-4360 |
| 5505854 | + | Email/Text: ebnnotifications@creditacceptance.com | Apr 01 2026 18:39:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 5505855 | | EDI: DIRECTV.COM | Apr 01 2026 22:44:00 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 5505856 | + | EDI: AMINFOFP.COM | Apr 01 2026 22:44:00 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 5505857 | ^ | MEBN | Apr 01 2026 18:37:58 | HMC Assets, c/o Friedman Vartollo LLP, 1325 Franklin Ave Ste 160, Garden City, NY 11530-1631 |
| 5515317 | + | Email/Text: bankruptcy@bsifinancial.com | Apr 01 2026 18:39:00 | HMC Assets LLC Solely in its capacity, as separate trustee of CAM XI Trust, c/o BSI Financial Services, 1425 Greenway Dr. Suite 400, Irving, TX 75038-2480 |
| 5505858 | | EDI: IRS.COM | Apr 01 2026 22:44:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5505859 | | EDI: JEFFERSONCAP.COM | Apr 01 2026 22:44:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 McLeland Road, Saint Cloud, MN 56303 |
| 5505860 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 01 2026 18:51:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5505861 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 01 2026 18:39:00 | Midland Funding, LLC, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 5505865 | | Email/Text: clientservices@paramountrecovery.com | Apr 01 2026 18:39:00 | Paramount Recovery, Attn: Bankruptcy, PO Box 23369, Waco, TX 76702 |
| 5505870 | | EDI: PRA.COM | Apr 01 2026 22:44:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 5512036 | | EDI: PRA.COM | Apr 01 2026 22:44:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5505867 | | EDI: PENNDEPTREV | Apr 01 2026 22:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5505869 | ^ | MEBN | Apr 01 2026 18:38:04 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 5505872 | + | Email/Text: bankruptcy@sw-credit.com | Apr 01 2026 18:39:00 | SWC Group, 4120 International Parkway #100, Carrollton, TX 75007-1957 |
| 5505871 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 01 2026 18:39:00 | Santander Consumer USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 5505873 | + | EDI: WTRRNBANK.COM | Apr 01 2026 22:44:00 | Target Nb, PO Box 9475, Minneapolis, MN 55440-9475 |
| 5505875 | ^ | MEBN | Apr 01 2026 18:37:55 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | CREDIT ACCEPTANCE CORPORATION, 25505 WEST 12 MILE ROAD, SOUTHFIELD MI 48034-8316, address filed with court:, Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5506822 | *+ | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK |

73118-7901

5505868     *     Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2026        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Jason Brett Schwartz | on behalf of Creditor BSI Financial Services as servicer for HMC Assets LLC solely in its capacity as separate trustee of CAM XI Trust bkecf@friedmanvartolo.com |
| Kelly M. Appleyard | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue kappleyard@attorneygeneral.gov |
| Lauren Marie Moyer | on behalf of Creditor BSI Financial Services as servicer for HMC Assets LLC solely in its capacity as separate trustee of CAM XI Trust bkecf@friedmanvartolo.com, ecfmail@ecf.courtdrive.com |
| Michael A. Cibik | on behalf of Debtor 1 Louis Cavicchio IV help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| Michael A. Cibik | on behalf of Debtor 2 Lesa Cavicchio help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| Regina Cohen | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. rcohen@lavin-law.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com mortoncraigecf@gmail.com |

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Louis Cavicchio IV,

**Debtor 1**

Lesa Cavicchio,

**Debtor 2**

Chapter     13

Case No.     1:22−bk−02186−HWV

### <u>Order</u>

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated:  April 1, 2026

ordsmiss (05/18)